PROB 12A
(SDIA 05/23)

# UNITED STATES DISTRICT COURT

### FOR THE

## SOUTHERN DISTRICT OF IOWA

### Report on Offender Under Supervision

**Name of Offender:** Myles Jordan Maricle Pena                    **Case Number:** 4:18-cr-00001-002

**Name of Sentencing Judicial Officer:** Robert W. Pratt, Senior U.S. District Judge
Stephanie M. Rose, Chief U.S. District Judge (current)

**Date of Original Sentence:** August 9, 2018

**Original Offense:** 18 U.S.C. §§ 922(j), 924(a)(2) – Unlawful Possession, Receipt, and Sale of a Stolen Firearm

**Original Sentence:** 24 months imprisonment; 36 months supervised release

**Date Original Supervision Commenced:** August 30, 2019

**Date Current Supervision Commenced:** June 9, 2023

**All Prior Reports & Actions:**  September 6, 2019 – Report on Offender
October 31, 2019 – Summons for Offender on Supervision
November 15, 2019 – Addendum to Summons
March 17, 2020 – Revoked – Time served; 24 months of supervised release
June 8, 2020 – Report on Offender
June 25, 2020 – Modification to substance abuse/mental health evaluation and treatment
July 27, 2020 – Modification to 60 days location monitoring utilizing radio frequency
July 30, 2020 – Warrant for Offender on Supervision
August 10, 2020 – Addendum to Warrant
December 17, 2020 – Revoked – 11 months imprisonment; 25 months of supervised release
November 5, 2021 – Report on Offender
May 3, 2022 – Modification to 120 days RRC placement
June 8, 2022 – Emergency Warrant for Offender
June 9, 2022 – Motion for Revocation
August 2, 2022 – Revoked – 11 months; 11 months supervised release
September 11, 2023 – Report on Offender
October 31, 2023 – Report on Offender
January 2, 2024 – Report on Offender
January 4, 2024 – Report on Offender

### PETITIONING THE COURT

The probation officer believes that the offender has violated one or more conditions of supervision, as outlined below:

**<u>Violations</u>**

1.  Use of Marijuana

Nature of Noncompliance

On January 29, 2024, the Probation Office received an interpretation report from the national drug testing laboratory examining urine samples provided on January 3, 2024, and January 22, 2024, to determine if there was any additional use of THC.  The interpretation report concluded that THC was reused following the January 3, 2024, urine test.  This constitutes Mr. Maricle Pena's second positive urine test within the last year.

**U.S. Probation Officer Action:**

On January 3, 2024, Mr. Maricle Pena advised that he had resubmitted his application for placement back into the Kingdom Living House.  Thereafter, this was confirmed by Jasmine Goodwin with the Kingdom Living House.  On January 29, 2024, Ms. Goodwin advised that Mr. Maricle Pena remains on the waiting list for a bed at the Kingdom Living House and that she would let the Probation Office know as soon as one becomes available.

On January 29, 2024, the Probation Office spoke with Mr. Maricle Pena regarding the results of the interpretation report.  Mr. Maricle Pena advised that he reused THC.  Mr. Maricle Pena expressed remorse and advised he has been stressed out.

Mr. Maricle Pena is currently residing at his mother's residence in Norwalk, Iowa, pending his placement back into the sober living community.  Mr. Maricle Pena continues to provide urine testing at the Probation Office, pending his placement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 29, 2024

by:  *Alan J. Drury*
Alan J. Drury
U.S. Probation Officer

**The Probation Office recommends that no further action be taken at this time.**

U.S. v. Myles Jordan Maricle Pena (4:18-cr-00001-002)                    Report on Offender Under Supervision

The United States Attorney's Office:

☒    Does not object to the proposed action.

☐    Objects but does not request a formal hearing
      be set.

Amy Jennings
_____
Assistant United States Attorney

☐    Objects and will petition the Court requesting
      that a formal hearing be set.

_____
Signature

THE COURT ORDERS:

*No response or signature is necessary unless the Court directs that additional action be taken as follows:*

☐    Submit a request for modification of the condition
      or term of supervision.

☐    Submit a request for warrant or summons.
      be set.

_____
Signature of Judicial Officer

☐    Other: _____

_____
Date

_____